■ ADELE SMALL, Respondent, v EUGENE R. DI GERONIMO et al., Appellants.—Appeal by the defendants from a judgment of the Supreme Court, Nassau County, entered August 22, 1985.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Ain at Special Term. Mollen, P. J., Mangano, Eiber and Sullivan, JJ., concur.

■ GERHARD P. STOETZEL, Petitioner, v COMMISSIONER OF MOTOR VEHICLES, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the New York State Commissioner of Motor Vehicles, dated June 12, 1985, which, following an administrative hearing, revoked the petitioner's driver's license.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The determination in question is supported by substantial evidence. Bracken, J. P., Brown, Niehoff and Kooper, JJ., concur.